**Herbert Alonzo ROBINSON,
Plaintiff—Appellant,**

v.

**Sergeant Jill WILSON, a/k/a Wilson; Logan Fey, a/k/a Frye; John Does, in their individual capacity including any and all Jane Does; Michelle Redden, a/k/a Ms. Redden; Sergeant Christine Harrison, a/k/a Sergeant Harrison; Sergeant Brian Duval, a/k/a Sergeant Duval, Defendants–Appellees,**

**and**

**Stephanie Singleton, Defendant.**

No. 12–7427.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 12, 2012.

Decided: Dec. 18, 2012.

Herbert Alonzo Robinson, Appellant Pro Se. Hugh Wilcox Buyck, Gordon Wade Cooper, Buyck Law Firm, Charleston, South Carolina; Elloree Ann Ganes, Thomas Happel Scurry, Hood Law Firm, Charleston, South Carolina, for Appellees.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herbert Alonzo Robinson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Robinson v. Wilson,* No. 8:11–cv–02285–RBH, 2012 WL 3264874 (D.S.C. Aug. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this

court and argument would not aid the decisional process.

*AFFIRMED.*